IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY LEE SOMMERHALDER,

      Plaintiff,                    No. CIV S-11-0322 EFB P

    vs.

M. WILSON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has paid the filing fee.

      Plaintiff alleges a violation of his civil rights in Tuolumne County, California. Tuolumne County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

1   3.  All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

5   DATED:  February 15, 2011.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE